UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUET WONG,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>        Defendants. | Case No. 2:18-cv-01273-JCM-CWH<br><br>**ORDER** |

Presently before the court is defendants Bank of America, N.A. and Countrywide Home Loans, Inc.'s motion to stay discovery (ECF No. 17), filed on October 25, 2018. Defendant Fay Servicing, LLC filed a joinder (ECF No. 19) on October 30, 2018. Plaintiff Suet Wong did not file a response.

Also before the court is Wong's proposed discovery plan and scheduling order (ECF No. 18), filed on October 29, 2018.

The court ordered the parties to meet and confer regarding discovery because they had not filed a proposed discovery plan and scheduling order. (Order (ECF No. 16).) In response to the court's order, Wong filed a unilateral discovery plan that states a meet-and-confer conference was not possible because Wong does not speak English. Bank of America and Countrywide moved to stay discovery, arguing their pending motion to dismiss will dispose of all claims against them and discovery is unnecessary at this juncture. Bank of America and Countrywide also note that Wong did not oppose their motion to dismiss. Fay Servicing also argues a stay of discovery is appropriate pending a decision on its separate motion to dismiss, though Wong opposed that motion. Wong did not oppose defendants' motion to stay discovery.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to granting of the motion." Given that Wong did not oppose defendants' motion to stay discovery, the court will grant the motion.

IT IS THEREFORE ORDERED that defendants Bank of America, N.A. and Countrywide Home Loans, Inc.'s motion to stay discovery (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that discovery is stayed pending the assigned United States district judge's decision on defendants' motions to dismiss (ECF Nos. 5, 10).

IT IS FURTHER ORDERED that plaintiff Suet Wong's proposed discovery plan and scheduling order (ECF No. 18) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must meet and confer and file a proposed discovery plan and scheduling order within 21 days of the United States district judge's order on the pending motions to dismiss. The court recommends that Wong seek the assistance of an interpreter to facilitate the meet-and-confer conference.

DATED: December 3, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE